IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,  :

    Plaintiff,  :  Case No. 3:15CR051

vs.  :  Chief U.S. Magistrate Judge
Sharon L. Ovington

KYLE SCHWEITZER  :

    Defendant  :

## ENTRY PLACING DEFENDANT ON PREJUDGMENT PROBATION

Upon Motion of Defendant Schweitzer, and for good cause shown, Defendant Schweitzer is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a), in Count 1. The Court finds that Defendant Schweitzer has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Schweitzer on probation for a period of one (1) year under the Standard Conditions of Probation required in the United States District Court for the Southern District of Ohio, including Special Conditions that Defendant Schweitzer: participate in a program of treatment, either inpatient or outpatient, and testing for substance abuse, as directed by the U.S. Probation Office and participate in a mental health treatment program at the direction of the probation officer. The defendant shall make a co-payment for treatment services not to exceed $25 per month, which is determined by the defendant's ability to pay. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Schweitzer's completion of the probationary period.

/s/ Sharon L. Ovington
Sharon L. Ovington
Chief U.S. Magistrate Judge