IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FILED
16 SEP 20 AM 10: 22
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

UNITED STATES OF AMERICA )
)
vs )
)
) Case No. 3:15CR051
)
)
KYLE SCHWEITZER

## ORDER TERMINATING PREJUDGMENT PROBATION

The above named was placed on prejudgement probation on October 20, 2015 for a period of one (1) year. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from prejudgment probation supervision and that the proceedings in the case be terminated.

Dated this 20 day of Sept, 2016

Sharon L. Ovington
Chief United States Magistrate Court Judge